Weightstill
Woods, *pro se;* Guerine & Guerine, for appellee; Guy C. Guerine, of
counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in
full. Opinion filed March 9, 1953; released for publication April 6, 1953.

## Halsted and 79th Building, Inc., Appellant, v. Dr. Francis J. O'Grady, Appellee.

Gen. No. 45,892. ▉▉▉▉▉▉▉▉▉▉▉

William J.
Ruttenberg, for appellant; Thomas M. Poynton, Jr., for appellee. Opin-
ion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion
filed March 9, 1953; released for publication April 6, 1953.

## Rose La Rocco, Appellant, v. Illinois Central Railroad, and Illinois Publishing and Printing Company, Trading as Herald-American, Defendants. Illinois Central Railroad Company, Defendant-Appellee.

Gen. No. 45,871. ▉▉▉▉▉▉▉▉▉▉

 Cornelius

Pitt, and Andrew G. Pitt, for appellant; John W. Freels, and Charles
I. Hopkins, Jr., for appellee; Joseph H. Wright, Charles A. Helsell, and
Herbert J. Deany, of counsel. Opinion by JUSTICE BURKE. Not to be
published in full. Opinion filed March 9, 1953; released for publication
April 6, 1953.

## M. L. Erlich, Trading as Ace Plumbing and Heating Company, Plaintiff-Appellee, v. Patrick O'Mahony, Julius P. Blakely and Marion Blakely, Defendants. Patrick O'Mahony, Appellant.

### Gen. No. 45,958. 

 McCarthy, Witry, Lyon & McCarthy, for appellant; Emmett J. McCarthy, George R. Lyon, and George E. Brogan, of counsel; Silverman, Blumenthal & Schwartz, for appellee; Arthur F. Schwartz, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed March 9, 1953; rehearing denied March 27, 1953; released for publication April 6, 1953.